# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM R. PARKER,<br><br>Defendant. | PO-25-5053 -GF-JTJ<br>VIOLATION:<br>E2372402<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to dismiss violation E2372402 and for good cause shown,

**IT IS ORDERED** that violation E2372402 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for June 26, 2025, is **VACATED.**

DATED this 7th day of March, 2025.

_____
John Johnston
United States Magistrate Judge